# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **DWIGHT WIGGINS,** | } |
| **Plaintiff,** | } |
| v. | } Case No.: 2:17-cv-00654-MHH |
| **HICKMAN, WILLIAMS & COMPANY,** | } |
| **Defendant.** | } |

## ORDER

Plaintiff Dwight Wiggins and Hickman, Williams & Company filed a Joint Stipulation of Dismissal with prejudice. (Doc. 16).

The Court **ORDERS** that this action is **DISMISSED WITH PREJUDICE**. The parties are to bear their own costs. The Court **DIRECTS** the Clerk of Court to please close the file.

**DONE** and **ORDERED** this September 20, 2017.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE